UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 29 2026

Nathan Ochsner Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs.** | § | **CRIMINAL NO.** B-26-1137 |
| **NORA ALICIA ALVEAR** | § | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about September 10, 2026, in the Southern District of Texas, Defendant,

**NORA ALICIA ALVEAR,**

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Johnny Gonzalez, a United States Immigration and Customs Enforcement officer, while Johnny Gonzalez was engaged in the performance of his official duties, and the commission of such acts involved physical contact with Johnny Gonzalez.

In violation of Title 18, United States Code, Sections 111(a)(1).

A TRUE BILL:

_______________________________
FOREPERSON OF THE GRAND JURY

AARON F. REITZ
UNITED STATES ATTORNEY

_______________________________
JOSE ARREOLA
Assistant United States Attorney